IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

WILLIAM ALLEN,                           )
                                         )
                    Plaintiff,           )
                                         )
vs.                                      )        CIVIL ACTION NO. 2:12cv130-WHA
                                         )
CAPITAL ONE (USA), N.A., et al.,         )
                                         )
                    Defendants.          )

## **ORDER**

Upon consideration of the Plaintiff's Motion to Dismiss (Doc. #36), and for good cause

shown, it is hereby ORDERED as follows:

1.  The Motion to Dismiss (Doc. #36) is GRANTED.

2.  This case is DISMISSED with prejudice.

3.  All outstanding motions are DENIED as moot.

DONE this 23rd day of May, 2012.


                              /s/ W. Harold Albritton
                              W. HAROLD ALBRITTON
                              SENIOR UNITED STATES DISTRICT JUDGE